THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND HOLMES, Also Known as RAY DOECER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered February 10, 1977, convicting him of manslaughter in the first degree, on his plea of guilty, and imposing sentence. Judgment reversed, on the law, and case remitted to the Criminal Term for further proceedings in accordance herewith. The People concede that defendant should have been given the opportunity to withdraw his guilty plea and stand trial when, following his adjudication as a predicate felony offender, the sentencing court was powerless to impose the sentence of zero to seven years' imprisonment which had been promised the defendant when the plea was entered (cf. *People v Twiggs,* 58 AD2d 726). Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RICHARD JACKSON, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered March 19, 1976, convicting him of criminal possession of stolen property in the second degree, upon a jury verdict, and imposing sentence. Motion by respondent to dismiss appeal on the ground that appellant has absconded. Motion granted; appeal dismissed. Appellant is not presently available to obey the mandate of the court in the event of an affirmance (see *People v Perez,* 38 NY2d 904). Mollen, P. J., Hopkins, Titone, Shapiro and O'Connor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD LITTLE, Also Known as JAMES HARRISON, Appellant.—Judgment of the Supreme Court, Kings County, rendered February 19, 1975, affirmed (see *People v Matos,* 50 AD2d 872). Martuscello, J. P., Latham, Rabin and Hawkins, JJ., concur.